```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 16865
   DONNA MARIE BARNETT
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-1938


------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/28/05 and confirmed on 06/17/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  28150.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------
BECKET & LEE LLP           UNSECURED       16239.78        .00         16239.78
ECAST SETTLEMENT CORPORA   UNSECURED        2611.70        .00          2611.70
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED       .00              .00
SMC                        UNSECURED         151.25        .00           151.25
CITICORP                   UNSECURED       NOT FILED       .00              .00
EXPRESS                    UNSECURED       NOT FILED       .00              .00
FIFTH THIRD BANK           UNSECURED        1882.69        .00          1882.69
ECAST SETTLEMENT CORPORA   UNSECURED        4428.20        .00          4428.20
NEW YORK & CO              UNSECURED       NOT FILED       .00              .00
OFFICE DEPOT               UNSECURED       NOT FILED       .00              .00
VICTORIAS SECRET           UNSECURED       NOT FILED       .00              .00
        Summary of disbursements:
------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00      25313.62        .00      25313.62
PRINCIPAL PAID         .00          .00      25313.62        .00      25313.62
INTEREST PAID          .00          .00          .00         .00          .00
TOTAL PAID             .00          .00      25313.62        .00      25313.62
The Debtor's attorney, PETER FRANCIS CERACI           , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   1132.03 .

Refunds to the Debtor totaled $       4.35 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 05/21/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
       CASE NO. 05 B 16865 DONNA MARIE BARNETT
```